IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RANDALL JONES, | |
| Plaintiff, | |
| v. | |
| NICOLE EDWARDS, | CIVIL ACTION NO. 1:18-CV-1504-AT-CMS |
| Defendants. | |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation [Doc. 3] that this case be remanded to the Magistrate Court of DeKalb County.

No objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. For the reasons stated in Magistrate Judge's Report and Recommendation, this case is **REMANDED** to the Magistrate Court of DeKalb County.

**IT IS SO ORDERED** this 11th day of May, 2018.

_____
**Amy Totenberg**
**United States District Judge**